David A. Berstein (SBN 204472)
Nicholas D. Myers (SBN 251809)
Michael J. Carey (SBN 249171)
MYERS BERSTEIN LLP
2 Executive Circle, Ste. 205
Irvine, California 92614
Telephone:  949.825.5590
nicholas@mybelaw.com

Attorneys for Plaintiff RYOO DENTAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>THOMAS D. HAN DMD, an individual d/b/a BEACH DENTAL CARE; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES**<br><br>**1. Federal Copyright Infringement Under 17 U.S.C. §§ 101,** *et seq.*<br>**2. False Advertising in Violation of California Business & Professions Code §17500,** *et seq.*<br>**3. Unfair Competition in Violation of California Business & Professions Code §§ 17200,** *et seq.*<br>**4. Unjust Enrichment**<br>**5. Demand for Accounting**<br><br>**-JURY TRIAL DEMANDED-** |

Plaintiff RYOO DENTAL, INC. ("RYOO"), for its Complaint against THOMAS D. HAN DMD, an individual and doing business as BEACH DENTAL CARE ("HAN"), and DOE defendants (collectively "Defendants"), hereby alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§101 *et. seq.* (the 'Copyright Act'), for false advertising in violation of California Business and Professions Code §17500, *et seq.*, for unfair competition in violation of California Business and Professions Code §17200, *et seq.*, for unjust

/ / /

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

enrichment, and for an accounting.  This Court has jurisdiction of this action under 28 U.S.C. §§1331, 1338(a) and (b), and this Court's pendent jurisdiction.

2.      This Court has personal jurisdiction over Defendants because they have transacted business in this District. Further, on information and belief, Defendant Han systematically and continuously direct business activities toward and into this District through sales, marketing, and advertising on their publicly-accessible, interactive internet website located at *http://beachdentalcareanaheim.com/index.php*.

3.      Further, Defendants' infringement of Plaintiff RYOO's copyrights occurred in this District.  Thus, Plaintiff RYOO's claims arise from Defendants' contact with this District.

4.      Venue is proper in this District under 28 U.S.C. §§1391 and 1400(a) as Defendants, and each of them, conduct business in this district.

## **PARTIES**

5.      Plaintiff RYOO is, and at all times mentioned herein, was, a corporation organized and existing under and by virtue of the laws of the State of California with its principal place of business located at 2240 N. Harbor Blvd., Fullerton, California 92385.

6.      Upon information and belief, Defendant HAN is, and at all times mentioned herein was, an individual residing at 2146 Evans Street, Fullerton, California 92833.

7.      Upon information and belief, Defendant HAN is, and at all times mention herein was doing business as BEACH DENTAL CARE, located at 2940 W. Lincoln Ave., Ste. L, Anaheim, California 92801.

8.      Plaintiff RYOO is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive.  Therefore, Plaintiff RYOO sues said DOES, and each of them, by such fictitious names.  Plaintiff RYOO is informed and believes, and thereon alleges, that DOES 1 through 10, and each of them, are in some way associated with co-Defendants, and Plaintiff prays that their true names and capacities, when ascertained, may be incorporated by appropriate amendment.

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

**COMPLAINT FOR DAMAGES**

9.     Plaintiff RYOO is informed and believes and thereon alleges that at all times herein mentioned each of the Defendants, including all Defendants sued under fictitious names, were the agent and employee of each of the remaining Defendants, and in doing the things hereinafter alleged, were acting within the course and scope of this agency or employment.

## BACKGROUND FACTUAL ALLEGATIONS
### COPYRIGHT

10.     Victor K. Ryoo DDS ("Dr. Ryoo") of Plaintiff RYOO is a Doctor of Dental Science.   During his fourteen (14) years of private practice, Dr. Ryoo has treated thousands of patients and trained other dental care professionals on, among other things, general dentistry, dental implant therapy, teeth whitening, veneer application, and Invisalign treatment.

11.     Dr. Ryoo came to his position as a recognized and highly-respected dentist by integrity, hard work, research and training.

12.     Plaintiff RYOO is in the business of providing private dental care to individuals and markets, promotes, advertises, exploits, and solicits its dental services and products to consumers on the internet at the webpage *www.ryoodds.com*.  The webpage promotes the products and services offered by Plaintiff RYOO, including and most notably, the products and services offered by Dr. Ryoo and/or under his supervision.  As a result of its endeavors, Plaintiff has created and owns valuable intellectual properties in the form of web properties, copyrights, and trade secrets.

13.     The entire content of the webpage *www.ryoodds.com* constitutes an original work of authorship.   The content of the webpage *www.ryoodds.com* contains a substantial amount of material created by Plaintiff's own skill, labor, and judgment.

14.     In order to produce, publish, and promote content for its website, Plaintiff RYOO expends considerable sums on search engine optimization fees, photographing, editing, and updating content and maintaining its webpage.

/ / /

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

3

**COMPLAINT FOR DAMAGES**

15.    The entire content of *www.ryoodds.com* was created in 2007, with a first date of publication of April 1, 2007.

16.    On the date of first publication, Plaintiff RYOO was and continues to be a national or domiciliary of the United States.   The content of the website *www.ryoodds.com* contains material and images wholly original and is copyrightable subject matter under the laws of the United States.

17.    Plaintiff RYOO has filed applications to obtain Certificates of Registration for its web content which contain original text, photograph(s) and/or 2-Dimensional artwork (collectively "RYOO WORK").

18.    Plaintiff RYOO has complied in all respects with the Copyright Act of 1976, 17 U.S.C. §101 *et seq.*, and all other laws governing copyright.   At this time, Plaintiff RYOO is awaiting Copyright Registration Numbers from the United States Copyright Office and will amend this Complaint to reflect such Copyright Registration Numbers once ascertained.

19.    Since the RYOO WORK was created, Plaintiff RYOO has been, and still is, the sole author and exclusive holder of all rights, title, and interest in and to the copyrights to the RYOO WORK.   Plaintiff RYOO has not granted any licenses or right to any person or entity to use the RYOO WORK which is vital to Plaintiff RYOO's ongoing business concerns and, more specifically, Plaintiff RYOO's efforts to secure patients via internet acquisition.

20.    Sometime in May 2012, Plaintiff RYOO learned that *www.ryoodds.com* lost its first page search ranking on Google.com.

21.    From approximately May 2012 through May 2014, Plaintiff RYOO made substantial efforts to reestablish its first page search ranking on Google.com.   Despite Plaintiff RYOO's efforts, its new patient income generated from internet acquisition dramatically declined.

22.    Sometime in the early part of 2014, Plaintiff RYOO took the additional measure of employing a new Search Engine Optimization ("SEO") firm in a further attempt to

MYERS BERNSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

4

reestablish its first page search engine ranking on Google.com and to increase new patient income generated from internet acquisition.

23.   In or about May 2014, Plaintiff RYOO through the new SEO Company, discovered Defendants duplicated the RYOO WORK from Plaintiff RYOO's *www.ryoodds.com* website and incorporated said content into Defendants' website located at:   *www.beachdentalcareanaheim.com* ("INFRINGING SITE").   Plaintiff RYOO further discovered that sometime in 2012, Google.com implemented a new algorithm, which penalizes plagiarized websites and that Plaintiff RYOO's *www.ryoodds.com* website had been penalized by Google due to the duplicate content found on the INFRINGING SITE.

24.   Plaintiff RYOO is informed and believes and thereon alleges that Defendants own, operate, maintain and/or are otherwise responsible for the infringing content on the INFRINGING SITE.

25.   Plaintiff RYOO is informed and believes and thereon alleges that Defendants' INFRINGING SITE website is a publically-accessible, interactive website that advertises Defendants' dental services.

26.   Defendants' INFRINGING SITE and Plaintiff RYOO's *www.ryoodds.com* website market many of the same dental services and products. Due to the similarity of services and products sold, Plaintiff RYOO and Defendants compete directly for many of the same consumers.

27.   Plaintiff RYOO is informed and believes and thereon alleges that Defendants knowingly and without authorization, used the RYOO WORK in the development and design of the INFRINGING SITE website from approximately early 2011 through May 24, 2014.

28.   Plaintiff RYOO is informed and believes and thereon alleges that Defendants' infringement of the RYOO WORK included, but was not limited to, images of Plaintiff RYOO's patients that were used on Defendants' INFRINGING SITE without authorization.

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

5

29.    Attached hereto as Exhibit "A," are exemplars of the RYOO WORK on Plaintiff RYOO's website alongside exemplars of Defendants' INFRINGING SITE. In comparison, it is readily apparent that Defendants knowingly and without authorization utilized the RYOO WORK, including Plaintiff RYOO's written works, photographs, and 2-Dimensional artwork in the development and design of the INFRINGING SITE. By these actions, Defendants have infringed RYOO WORK by the unauthorized exploitation of such material in connection with the solicitation and sale of competitive dental services.

30.    Defendants' unauthorized infringement was willful, oppressive, malicious, and with wrongful intent.

31.    On or about May 23, 2014 Dr. Ryoo contacted Defendant HAN via email and demanded that Defendant HAN cease and desist his continuing acts of infringement of the RYOO WORK.

32.    Plaintiff RYOO is informed and believes and thereon alleges that on May 24, 2014, Defendants halted their unlawful infringement of the RYOO WORK on their website *www.beachdentalcareanaheim.com*, but Plaintiff RYOO is unaware whether the infringing material is still in Defendants' possession and/or is being used elsewhere.

33.    Plaintiff RYOO is informed and believes and thereon alleges the Defendants' infringement commenced at least as early as early 2011, and that Defendants, and each of them, have knowingly and willfully copied and utilized the RYOO WORK without authorization and in purposeful disregard of the rights of Plaintiff RYOO.

34.    Plaintiff RYOO is informed and believes and thereon alleges that Defendants for more than three (3) years willfully violated Plaintiff RYOO's copyright rights for Defendants' own financial benefit and at the financial detriment of Plaintiff RYOO.

35.    Plaintiff RYOO is informed and believes and thereon alleges that as a direct and legal result of Defendants' acts of infringement, Defendants have obtained direct and indirect profits that Defendants would not have realized but for the infringement of the RYOO WORK.  Moreover, as a direct and legal result of Defendants' infringement,

6

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

Plaintiff RYOO suffered a direct and sustained loss in SEO rankings and corresponding loss in ascertainable clientele.

36. The natural, probable, and foreseeable result of the aforesaid conduct of Defendants, and each of them, has been to deprive Plaintiff RYOO of internet acquisition clientele, and revenue, to damage Plaintiff RYOO's goodwill, and to impose substantial expenses on Plaintiff RYOO to counteract the aforesaid conduct.

37. Defendants, and each of them, have been unjustly enriched by their unauthorized use of the RYOO WORK by exploiting such material in connection with the unauthorized solicitation and sale of competitive dental services.

38. Plaintiff RYOO is informed and believes and based thereon allege that unless enjoined by this Court, Defendants intend to continue their course of conduct, and to wrongfully use, infringe upon, and otherwise profit from the exploitation of the RYOO WORK.

39. As a direct and legal result of the acts of the Defendants alleged above, Plaintiff RYOO has already and will continue to suffer irreparable damage and sustain lost profits. Plaintiff RYOO has no adequate remedy at law to redress all of the injuries the Defendants have caused and intend to cause by their conduct. Plaintiff RYOO will continue to suffer irreparable damage and sustain lost profits until the Defendants' actions alleged above are enjoined by this Court permanently.

## **FIRST CLAIM FOR RELIEF**

### **FOR COPYRIGHT INFRINGEMENT (17 U.S.C. §101, *et seq*.)**

### **AGAINST DEFENDANT ROBERT E. ARIT AND DOES 1 THROUGH 10**

40. Plaintiff RYOO alleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 39 as though fully set forth herein.

41. At all times relevant hereto, Plaintiff RYOO has been the owner of all copyright rights or rights to assert copyright claims for the RYOO WORK and all derivative works. Plaintiff RYOO has complied in all respects with the Copyright Act of 1976, 17 U.S.C. §101 *et seq.*, and all other laws governing copyright.

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

7

42. Plaintiff RYOO is informed and believes and thereon alleges that Defendants without authorization, used, copied, reproduced, and republished the RYOO WORK. Defendants' copying, reproduction, and exploitation were commercial in character and purpose. Defendants either completely or substantially used the RYOO WORK. Because the copying was for the purpose of competing with Plaintiff RYOO it did not constitute fair use under any doctrine of copyright law.

43. By means of the actions complained of herein, Defendants, and each of them, have infringed and will continue to infringe Plaintiff RYOO's copyright in and relating to the RYOO WORK.

44. Plaintiff RYOO is entitled to an injunction restraining Defendants, and each of them, and all persons acting in concert with them, from engaging in further such acts in violation of the copyright laws.

45. Plaintiff RYOO is further entitled to recover from Defendants, and each of them, the damages Plaintiff has sustained, and will sustain, as a result of Defendants' wrongful acts as hereinabove alleged. The amount of such damages cannot be determined at this time. Plaintiff RYOO is further entitled to recover from Defendants, and each of them, the gains, profits, and advantages Defendants have obtained as a result of their wrongful acts as hereinabove alleged. Plaintiff RYOO is at present, unable to ascertain the full extent of the gains, profits, and advantages Defendants, and each of them, have obtained by reason of their aforesaid acts of copyright infringement.

## SECOND CLAIM FOR RELIEF

### FALSE ADVERTISING IN VIOLATION OF

### CALIFORNIA BUSINESS & PROFESSIONS CODE §17500, e*t seq*.

### AGAINST DEFENDANT HAN AND DOES 1 THROUGH 10

46. Plaintiff RYOO alleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 45 as though fully set forth herein.

47. The actions of Defendants herein alleged are unfair and unlawful, and also violate California statutory law, including without limitation, California Business and

8

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

Professions Code §§17500, *et seq*.

48.     As a result of the Defendants' false and misleading advertising, potential and actual consumers have been, and will continue to be, misled about the source and legitimacy of Defendants' goods, services, or the combination of both being wrongfully marketed, advertised, and sold by way of the exploitation of the RYOO WORK. Defendants knew or should have known that the advertising was untrue and misleading.

49.     As a result of the above-described conduct, Defendants have been, and will continue to be, unjustly enriched in profits, income and ill-gotten gains at the expense of Plaintiff RYOO and California consumers.

50.     As a further result of the above-described conduct, Plaintiff RYOO has been, and will continue to be, unjustly deprived of the full value of the good will and public image associated with the RYOO WORK.

51.     The wrongful acts of Defendants, as alleged herein, unless restrained and enjoined by order of this Court, will cause great and irreparable injury to the general public and to Plaintiff, their business, reputation and goodwill.  Plaintiff RYOO has no adequate remedy at law for the injuries that have been or will continue to be sustained in this action.

## THIRD CLAIM FOR RELIEF

### FOR UNFAIR COMPETITION IN VIOLATION OF

### CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200, *et seq.*

### AGAINST DEFENDANT HAN DOES 1 THROUGH 10

52.     Plaintiff RYOO alleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 51 as though fully set forth herein.

53.     The conduct of Defendants as alleged herein has the capacity to deceive the public and constitutes unfair methods of competition.  Furthermore, this conduct constitutes an unlawful, unfair or fraudulent act or practice in the conduct or furnishing of a business, trade or service in California pursuant to California's Unfair Competition Law, Calif. Business and Professions Code § 17200 ("UCL"), as well as the common

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

9

law of the State of California.

54.    Plaintiff RYOO is entitled to restitution of any monies obtained by Defendants as a direct and legal result of the violations of the UCL and common law, and reasonable attorneys' fees under <u>California Code of Civil Procedure</u> § 1021.5.

55.    The wrongful acts of Defendants, as alleged herein, unless restrained and enjoined by order of this Court, will cause great and irreparable injury to the general public and to Plaintiff, their business, reputation and goodwill.  Plaintiff RYOO has no adequate remedy at law for the injuries that have been or will continue to be sustained in this action.

**<u>FOURTH CAUSE OF ACTION</u>**

**UNJUST ENRICHMENT**

**AGAINST DEFENDANT HAN AND DOES 1 THROUGH 10**

56.    Plaintiff RYOO alleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 55 as though fully set forth herein.

57.    The conduct of Defendants, and each of them, utilizing Plaintiff RYOO's copyrights in the RYOO WORK by the unauthorized exploitation of such material in connection with the solicitation and sale of competitive dental services has secured and will secure, value to Defendants which unjustly enriches Defendants to the detriment of Plaintiff RYOO.  By its Complaint, Plaintiff RYOO requests the disgorgement of all value unjustly earned or retained by Defendants.

58.    As a legal result of its conduct in the unauthorized exploitation of the RYOO WORK in connection with the solicitation and sale of competitive dental services, Defendants have been unjustly enriched and, at the same time, are causing a loss of revenue to Plaintiff RYOO to his detriment.

59.    Plaintiff RYOO is entitled to recover from Defendants, and each of them, their unjust enrichment including gains, profits and advantages they have obtained as a result of its wrongful acts as hereinabove alleged.  Plaintiff RYOO at present is unable to

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

**COMPLAINT FOR DAMAGES**

ascertain the full extent of Defendants' unjust enrichment including gains, profits, and advantages obtained by reason of the aforesaid wrongful conduct.

## FIFTH CAUSE OF ACTION

## DEMAND FOR ACCOUNTING

## AGAINST DEFENDANT HAN AND DOES 1 THROUGH 10

60.    Plaintiff RYOO alleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 59 as though fully set forth herein.

61.    As alleged hereinabove, Plaintiff RYOO has an interest in all monies generated from the unauthorized exploitation of its exclusive copyrights in the RYOO WORK.

62.    Plaintiff RYOO is informed and believes that Defendants, and each of them, have generated an undetermined, yet substantial amount of money, due to their unlawful commercial exploitation of the RYOO WORK.

63.    The amount of money due from Defendants is unknown to Plaintiff and cannot be ascertained without an accounting of all of Defendants' financial records related to the sales generated through their infringing and unlawful activities.

64.    As a result of Defendants' actions, Plaintiff RYOO has been damaged in an amount to be proven after an accounting has been conducted.  Accordingly, Plaintiff RYOO hereby requests that the Court order an accounting of all of Defendants' financial records related to the infringing activities in order to determine the sums rightfully due to Plaintiff RYOO.  Furthermore, Plaintiff RYOO demands that those sums be paid to Plaintiff RYOO accordingly.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff RYOO requests judgment against Defendants, and each of them, for the following:

## FIRST CLAIM FOR RELIEF

1.    That Defendants each be held to have infringed Plaintiff's copyright in the RYOO WORK.

/ / /

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

COMPLAINT FOR DAMAGES

2.     That Defendants, their directors, officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Plaintiff's copyrights in the RYOO WORK.

3.     That Defendants, their directors, officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to return to Plaintiff any originals, copies, facsimiles, reproductions or duplicates of the RYOO WORK.

4.     That Defendants each be enjoined to deliver upon oath, to be impounded during the pendency of this action, and for destruction pursuant to judgment herein, all originals, copies, facsimiles, reproductions or duplicates of any work shown by the evidence to infringe Plaintiff RYOO's copyrights in the RYOO WORK.

5.     That Defendants each be required to file with the Court and to serve on Plaintiff RYOO, within 30 days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants each complied with the Court's order.

6.     That judgment be entered for Plaintiff RYOO and against Defendants, for Plaintiff RYOO's actual damages according to proof, and for any additional profits attributable to infringements of Plaintiff's copyright, in accordance with proof.

7.     That judgment be entered for Plaintiff RYOO and against Defendants, for damages based upon Defendants' willful acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et. seq.*

8.     That Defendants each be required to account for all gains, profits, and advantages derived from their acts of infringement and for their other violations of law.

9.     That all gains, profits, and advantages derived by Defendants of their acts of infringement and other violations of law be deemed to be in constructive trust for the benefit of Plaintiff.

10.    That Plaintiff RYOO be awarded prejudgment interest at the legal rate on the value of the converted property pursuant to California Civil Code § 3336.

COMPLAINT FOR DAMAGES

11.     That Plaintiff RYOO be awarded damages for the time and money properly expended in pursuit of the infringed properties in an amount to be determined by proof at trial.

12.     That Plaintiff RYOO be awarded exemplary/punitive damages.

13.     That Plaintiff RYOO be awarded attorneys fees and costs of suit.

14.     Such other and further relief at law or in equity, to which the Court deems just and proper.

### ON THE SECOND, THIRD, AND FOURTH CLAIMS FOR RELIEF

15.     That Plaintiff RYOO be awarded general, special and consequential damages according to proof at the time of trial;

16.     That Plaintiff RYOO be awarded exemplary/punitive damages;

17.     That Plaintiff RYOO be awarded costs of suit incurred herein;

18.     That Plaintiff RYOO be awarded restitution;

19.     That Plaintiff RYOO be awarded attorneys' fees;

20.     A preliminary and permanent injunction against Defendants, and each of them;

21.     Such other and further relief at law or in equity, to which the Court deems just and proper.

### ON THE FIFTH CLAIM FOR RELIEF

22.     That the Court order an independent accountant to conduct an accounting of all of Defendants' financial records relating to the infringing activities in order to determine the sums of money owed to Plaintiff RYOO;

23.     Upon a determination of sums due to Plaintiff RYOO, demand is made that those sums be paid to Plaintiff;

24.     Interest at the maximum legal rate from the date said sums were due; and

25.     Such other and further relief at law or in equity, to which the Court deems just and proper.

/ / /

**COMPLAINT FOR DAMAGES**

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

# **DEMAND FOR JURY TRIAL**

Plaintiff RYOO hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated:  February 24, 2015                    MYERS BERSTEIN LLP


By:  _Nicholas D Myers_____

Nicholas D. Myers
Michael J. Carey
Attorneys for Plaintiff

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

14

**COMPLAINT FOR DAMAGES**

Ryoo Dental, Inc. v. Thomas D. Han, et al.

**EXHIBIT "A"**



**EXHIBIT "A"**

Page **1** of **6**

| | |
|---|---|
| "Tooth Whitening provided by a dentist is the safest and fastest way to a whiter, brighter smile.<br><br>A major problem with obtaining the brightest of smiles is the acute sensitivity that can occur due to the whitening. Often times products that whiten very well can also create a high amount of sensitivity and those products with low sensitivity have had less effective whitening.<br><br>We offer the Deep Bleaching Technique™ that will get your teeth predictably white with LITTLE OR NO sensitivity. The Deep bleach technique is so powerful; it can whiten tetracycline stained teeth, and in some occasions, even stained composite fillings." | "Tooth Whitening provided by a dentist is the safest and fastest way to a whiter, brighter smile.<br><br>A major problem with obtaining the brightest of smiles is the acute sensitivity that can occur due to the whitening. Often times products that whiten very well can also create a high amount of sensitivity and those products with low sensitivity have had less effective whitening.<br><br>With the chairside monitoring of whitening process, our patients has been very successful with the tooth whitening without a serious complication." |

**EXHIBIT "A"**

Page **2** of **6**

**"Dental Implant Therapy – Tooth Implants**
Dental implants are the newest technological advancement in dentistry for replacing missing teeth. Made of biocompatible titanium which integrates with your jaw bone, implants are used to  replace one or more missing teeth, and are a successful alternative to conventional bridges and  can hold loose dentures in place. In essence, dental implants are root replacements that give patients life-like dental restorations with the beauty and vitality of natural teeth.

**Implant Therapy**
A dental implant restoration consists of a bio-compatible titanium screw, a connector called an abutment and a crown, bridge or denture.

**How does it work?**
The implant is surgically placed into jawbone where it replaces the natural tooth root. In a few months, the implant securely attaches to the bone (called osseointegration), allowing it to withstand biting and chewing forces just like a healthy, natural tooth.

**Are Dental Implants Right for Me?**
Patients who successfully pass a screening and evaluation can be considered as candidates for implant placement. The primary limiting factor inherent in implant therapy is the amount of bone available to receive and support the implant. If a patient does not have enough bone to support an implant and restoration, bone grafting procedures may be needed to augment the foundation for placement of an implant. Smoking and some medical conditions may preclude the use of implant therapy."

---

"Dental implants are the newest technological advancement in dentistry for replacing missing teeth. Made of biocompatible titanium which integrates with your jaw bone, implants are used to replace one or more missing teeth, and are a  successful alternative to conventional bridges and can hold loose dentures in place. In essence, dental implants are root replacements that give patients life-like dental restorations with the beauty and vitality of natural teeth.

**Tooth Implants**
A dental implant restoration consists of a bio-compatible titanium screw, a connector called an abutment and a crown, bridge or denture.

**Procedure**
The implant is surgically placed into jawbone where it replaces the natural tooth root. In a few months, the implant securely attaches to the bone (called osseointegration), allowing it to withstand biting and chewing forces just like a healthy, natural tooth.

**Consideration an Implant vs other conventional treatment options**
Patients who successfully pass a screening and evaluation can be considered as candidates for implant placement. The primary limiting factor inherent in implant therapy is the amount of bone available to receive and support the implant. If a patient does not have enough bone to support an implant and restoration, bone grafting procedures may be needed to augment the foundation for placement of an implant. Smoking and some medical conditions may preclude the use of implant therapy."

# EXHIBIT "A"

| "Welcome to the dental office of Dr. Victor K. Ryoo, where you will find personalized and comfortable care.<br><br>We are dedicated to providing all our patients with optimum care in a relaxed environment.<br><br>We provide dental care for patients of all ages.  We do our best to accommodate patients and listen to their needs and concerns." | "Welcome to Beach Dental Care, where you will find personalized and comfortable care.<br><br>We are dedicated to providing all our patients with optimum care in a relaxed environment.<br><br>We provide dental care for patients of all ages. We do our best to accommodate patients and listen to their needs and concerns." |
| --- | --- |

**EXHIBIT "A"**

Page **4** of **6**

| | |
|---|---|
| "Veneers are thin, semi-translucent porcelain shells that are bonded to your teeth for the purpose of permanently improving the shape and color.<br><br>A conservative amount of tooth structure is removed during the procedure to allow adequate spacing for the creation of a natural appearance. While they're not suitable for every patient,  veneers are the most aesthetic alternative for a variety of dental conditions involving your front  teeth:<br><br>- Spaces<br>- Broken or chipped teeth<br> - Minor orthodontic problems with crooked or misaligned teeth  - Permanently stained or discolored teeth<br> - Small/peg teeth<br><br>Tooth veneers are a great aesthetic solution to your smile that may even help you avoid orthodontic treatment. Subtle changes to your smile can be achieved with veneers, and in most cases, veneer application is completed in only two office visits. A full evaluation with simulated mock ups will allow you to see the final result of the veneers before completion." | "Veneers are thin, semi-translucent porcelain shells that are bonded to your teeth for the purpose of permanently improving the shape and color.<br><br>A conservative amount of tooth structure is removed (mainly on the front surfaces) during the procedure to allow adequate spacing for the creation of a natural appearance. While they're not suitable for every patient, veneers are the  most aesthetic alternative for a variety of dental conditions involving your front teeth:<br><br>• Spaces<br>• Broken or chipped teeth<br>• Minor orthodontic problems with crooked or misaligned teet<br>• Permanently stained or discolored teeth<br>• Small/peg teeth<br><br>Tooth veneers are a great aesthetic solution to your smile that may even help you avoid orthodontic treatment. Subtle changes to your smile can be achieved with veneers.<br><br>**Considering veneers vs other convention treatment options**<br>Other treatment options may still be the most suitable options for certain cases. Conventional braces treatment, Invisalign, laminate veneers, tooth whitening, implants, porcelain bridges, etc can be considered based on patient's age,  health history, occusal and articulation pattern, quality of enamel, and preexisting conditions." |

## EXHIBIT "A"



**EXHIBIT "A"**

Page **6** of **6**