UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 15-308-JLS (RNBx)            Date: July 8, 2015
Title: Ryoo Dental, Inc. v. Thomas D. Han DMD et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                          Not Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER TAKING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER SUBMISSION (Doc. 19)**

      Before the Court is Defendant Thomas D. Han, DMD's Motion to Dismiss Plaintiff's First Amended Complaint. (Mot., Doc. 19.) Plaintiff Ryoo Dental, Inc. opposed, and Han replied. (Opp., Doc. 22; Reply, Doc. 24.) The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. R. 15-3. Accordingly, the hearing set for July 10, 2015, at 2:30 p.m. is VACATED, and the Court takes the matter UNDER SUBMISSION.

                                                   Initials of Preparer: tg